AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _New York_

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Ashanti, Herrell_

I certify that I am admitted to practice in this court.

_6/11/07_
Date

_/s/ R. A. Macedonio_
Signature

_R. Macedonio_  _1636_
Print Name / Bar Number

_115 Carleton Ave_
Address

_CI_  _NY_  _11722_
City / State / Zip Code

_(631) 582-3233_
Phone Number / Fax Number